IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR 22  AM 9: 49

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18 cr 039 |
| | : | WALTER H. RICE |
| v. | : | |
| | : | ORDER SEALING INFORMATION |
| DAVID D. HILL | : | AND ENTIRE CASE |

--------------------

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Information and the entire case in the above captioned case be sealed and kept from public inspection until otherwise ordered by this Court.

_____
WALTER H. RICE
U.S. District Court Judge